UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
------------------------------------------------------------X
POLARGRID LLC,                                    :
                                                  :     Case No.: 1:05MS00219
             Plaintiff,                            :
                                                  :     Underlying action:
     - against -                                 :     04-CV-09578 (TPG) (S.D.N.Y.)
                                                  :
VIDESH SANCHAR NIGAM LIMITED,                     :
                                                  :
             Defendant.                            :
------------------------------------------------------------X
THE SCOWCROFT GROUP,                              :
                                                  :
             Subpoenaed Nonparty.                  :
------------------------------------------------------------X

## MOTION FOR ADMISSION OF
## MARK S. BALDWIN, *PRO HAC VICE*

John H. Korns, Esq., a member in good standing of the bar of this Court, respectfully moves, pursuant to Rule 83.2(d) of the Local Civil Rules for the United States District Court for District of Columbia, to allow Mark S. Baldwin permission to participate in the above-captioned matter, *pro hac vice*, as counsel for plaintiff Polargrid LLC, and states in support thereof the following:

    1.    To the best of my knowledge, Mr. Baldwin's full name, address and telephone number are: Mark S. Baldwin, Brown Rudnick Berlack Israels LLP, City Place I, 185 Asylum Street, Hartford, Connecticut 06103; (860) 509-6500.

    2.    To the best of my knowledge, Mr. Baldwin is a member in good standing of the following bars: State of Connecticut; and the United States District Court for the districts of Connecticut and the Southern and Eastern Districts of New York.

    3.    To the best of my knowledge, Mr. Baldwin has not been disciplined by any bar.

4.  To the best of my knowledge, Mr. Baldwin has not been admitted *pro hac vice* in this Court within the last two years.

5.  To the best of my knowledge, Mr. Baldwin does not engage in the practice of law from an office located in the District of Columbia, is not a member of the District of Columbia Bar, and does not have an application for membership pending

WHEREFORE, it is respectfully requested that Mark S. Baldwin be permitted appear *pro hac vice* on behalf of Polargrid LLC for all purposes in connection with the above-referenced matter.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:   June 23, 2005
         Washington, D.C.

> BUCHANAN INGERSOLL PC
>
> By: _/s/ John H. Korns_
>     John H. Korns, Esq. (D.C. Bar No. 142745)
>
> 1776 K Street, N.W.
> Suite 800
> Washington, D.C. 20006-2365
> Telephone: (202) 452-7939
> Facsimile: (202) 452-7989
>
> Attorneys for Plaintiff
> Polargrid LLC

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
-------------------------------------------------------------X
POLARGRID LLC,                                :
                                              :      Case No.: 1:05MS00219
            Plaintiff,                       :
                                              :      Underlying action:
    - against -                             :      04-CV-09578 (TPG) (S.D.N.Y.)
                                              :
VIDESH SANCHAR NIGAM LIMITED,                 :
                                              :
            Defendant.                       :
-------------------------------------------------------------X
THE SCOWCROFT GROUP,                          :
                                              :
            Subpoenaed Nonparty.             :
-------------------------------------------------------------X

## ORDER GRANTING MOTION TO ADMIT
## MARK S. BALDWIN AS COUNSEL *PRO HAC VICE*

Upon consideration of the motion of John H. Korns, Esq. of Buchanan Ingersoll PC to admit Mark S. Baldwin as counsel *pro hac vice* in the above-captioned matter on behalf of plaintiff Polargrid LLC, the absence of opposition to the relief requested in this motion on the part of the existing parties, and the entire record herein, and finding that good cause exists; it is hereby

ORDERED that Mark S. Baldwin be admitted *pro hac vice* to the practice of this Court for all purposes associated with the above-captioned matter; and it is further

ORDERED that a copy of this Order be served upon all parties within ___ days of the date hereof, and filed with the Clerk of the Court.

                                                                                    The Honorable Emmet G. Sullivan
                                                                                     United States District Judge

Dated: _____, 2005

                                                                                                    # 8111232