UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
------------------------------------------------------------X
POLARGRID LLC,                                          :
                                                        :      Case No.: 1:05MS00219
                    Plaintiff,                          :
                                                        :      Underlying action:
           - against -                                  :      04-CV-09578 (TPG) (S.D.N.Y.)
                                                        :
VIDESH SANCHAR NIGAM LIMITED,                           :
                                                        :
                    Defendant.                          :
------------------------------------------------------------X
THE SCOWCROFT GROUP,                                    :
                                                        :
                    Subpoenaed Nonparty.                :
------------------------------------------------------------X

## DECLARATION OF MARK S. BALDWIN

MARK S. BALDWIN hereby declares:

1. I am a member of the law firm of Brown Rudnick Berlack Israels LLP.

2. My office is located at City Place I, 185 Asylum Street, Hartford, Connecticut 06103, and my telephone number is (860) 509-6500.

3. I submit this declaration in support of Buchanan Ingersoll PC's motion for my admission to practice *pro hac vice* in this Court in connection with the above-captioned matter.

4. I am a member in good standing of the following bars: State of Connecticut; and the United States District Court for the districts of Connecticut and the Southern and Eastern Districts of New York.

5. I have never been disciplined by any bar.

6. I have not been admitted *pro hac vice* in this Court within the last two years.

7. I do not engage in the practice of law from an office located in the District of Columbia, however, my law firm maintains an office at 1201 Pennsylvania Avenue, Suite 324,

Washington, D.C. 20004 (telephone number: 202-347-2222). Additionally, I am not a member of the District of Columbia Bar, nor do I have an application for membership pending with said Bar.

8. Pursuant to Rule 83.2(d) of the Local Civil Rules for the United States District Court for District of Columbia, I respectfully request permission to appear as counsel *pro hac vice* in this case on behalf of plaintiff Polargrid LLC.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:   Hartford, Connecticut
         June 23, 2005

_____
MARK S. BALDWIN