UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
---------------------------------------------------------------X
POLARGRID LLC,                                         :
                                                       :      Case No.: 1:05MS00219
                     Plaintiff,                        :
                                                       :      Underlying action:
           - against -                                 :      04-CV-09578 (TPG) (S.D.N.Y.)
                                                       :
VIDESH SANCHAR NIGAM LIMITED,                          :
                                                       :
                     Defendant.                        :
---------------------------------------------------------------X
THE SCOWCROFT GROUP,                                   :
                                                       :
                     Subpoenaed Nonparty.              :
---------------------------------------------------------------X

### DECLARATION OF MARK S. BALDWIN

MARK S. BALDWIN, declares the following to be true pursuant to 28 U.S.C. § 1746:

1.  I am a partner with the law firm of Brown Rudnick Berlack Israels LLP, attorneys for Polargrid LLC ("Polargrid") in the underlying action, entitled *Polargrid LLC v. Videsh Sanchar Nigam Limited*, Docket No. 04-09578 (TPG) (S.D.N.Y.) (the "New York Action"),[1] and am fully familiar with the facts and circumstances set forth herein.

2.  I respectfully submit this declaration: (i) in opposition to the motion brought by the Scowcroft Group ("Scowcroft"), for an order, pursuant to Federal Rule of Civil Procedure 45(c)(3)(A), quashing a Subpoena in a Civil Case issued by Polargrid and dated May 10, 2005 (the "Subpoena") to the extent the Subpoena requires a representative of Scowcroft appear for a deposition; and (ii) in support of Polargrid's request, pursuant to Federal Rules of Civil

---

[1] I am not admitted to practice in the United States District Court for the District of Columbia and do not submit this declaration in that capacity. That being said, I intend to file a motion seeking admission to this Court, *pro hac vice,* for the purpose of this action.

Procedure 45(c)(2)(B) and 45(d)(2), to compel Scowcroft's compliance with the Subpoena in its entirety.

3. The purpose of this declaration is to, *inter alia*, identify and set forth for the Court the documentary materials which support, and upon which Polargrid will rely, in opposing Scowcroft's motion.

4. Annexed hereto as Exhibit A is a true and accurate copy of an e-mail sent on October 27, 2004, by Govind Sankaranarayanan of Videsh Sanchar Nigam Limited ("VSNL") to Arnold Freedman, a consultant to Polargrid, wherein VSNL breached its obligations to Polargrid under the June 28, 2004 Memorandum of Understanding.

5. Annexed hereto as Exhibit B is a true and accurate copy of Polargrid's First Request for Production of Documents addressed to VSNL, dated April 1, 2005, and served in connection with the New York Action.

6. Notwithstanding Polargird's request for documents, to date, VSNL has failed and refused to produce documents related to either Scowcroft or the CFIUS process.

7. Annexed hereto as Exhibit C is a true and accurate copy of a letter, dated June 7, 2005, from William F. Sheehan, Esq. to Mark S. Baldwin, Esq., which sets forth Scowcroft's objections to the Subpoena.

8. Annexed hereto as Exhibit D is a proposed order, submitted in accordance with the Rule 7(c) of the Rules of the United States District Court for the District of Columbia (the "Local Rules"), granting Polargrid the relief requested herein.

9. In accordance with the requirements of Local Rule 7(m), I conferred with William F. Sheehan, Esq., counsel to Scowcroft, by telephone on June 7, 2005, and made a good faith effort to resolve the issues raised in connection with Polargrid's request to compel

- 3 -

discovery without the intervention of this Court. Since we were neither able to reach an agreement, nor narrow the areas of disagreement, I advised Mr. Sheehan of Polargrid's intention to move to compel enforcement of the Subpoena and was advised by Mr. Sheehan that Scowcroft would oppose any such motion.

I declare under penalty of perjury that the foregoing is true and accurate.

Executed on June 23, 2005.

_____
MARK S. BALDWIN