# EXHIBIT A

10-27

**Delete  Reply/All  Forward/Inline  Open  Report Spam  Inbox  7 of 10**   Move to  C

**Date:** Wed, 27 Oct 2004 12:31:58 +0530
**From:** "Govind S" <govind.s@vsnl.co.in> Add To Address Book
**Subject:** Re your recent call
**To:** <Freedman@Boston-Equity.com>

Arnold,

I am back from my trip and wanted to follow up with you from our call on October 14th. I have had also had the opportunity to review the mail I received from James Hickman highlighting his different discussions with Tyco about the proposed transaction.

As we have discussed several times in the past, despite our best efforts to do the transaction we originally envisioned with Polarnet as part of VSNL's overall acquisition of TGN, Tyco has been adamant that they will not accept Polarnet as part of the deal. We are not aware of who Polarnet has discussed the TGN transaction with at Tyco indicating otherwise. The basic assumption of both VSNL and Polarnet was that Tyco would be willing to enter into the transaction contemplated in the MOU where it would receive funds from VSNL's bid in satisfaction of Polarnet's payment obligation under what we understood to be a Phase I of a two part Polarnet Contract.

Where Tyco has stated many times to VSNL that is not willing to accept VSNL's offer if Polarnet is part of the TGN transaction, it appears then that VSNL and Polarnet were mistaken as to this very basic assumption such that we will not be able to complete the transaction contemplated in the MOU. It is readily apparent that Tyco's cooperation and agreement is required to fulfill the objectives under the MOU and its steadfast refusal to even consider VSNL's bid with Polarnet as part of the package frustrates the basic objectives of the MOU. As such, we are of the view that the neither Polarnet nor VSNL have any further obligations under the MOU and Polarnet should feel free to proceed with other financing opportunities and to deal directly with Tyco.

Regards

Govind