# EXHIBIT C

# GOODWIN | PROCTER

William F. Sheehan
202.346.4303
wsheehan@
goodwinprocter.com

Goodwin Procter LLP
Counsellors at Law
901 New York Avenue, N.W.
Washington, D.C. 20001
T: 202.346.4000
F: 202.346.4444

June 7, 2005

**Via Facsimile Delivery and**
**First Class Mail**

Mark S. Baldwin, Esq.
Brown Rudnick
City Place 1
185 Asylum Street
Hartford, CT 06103

> Re: Nonparty Subpoena Issued to The Scowcroft Group in
> *Polargrid LLC v. Videsh Sanchar Nigam Ltd.*, 04-CIV-09578 (TPG)

Dear Mr. Baldwin:

I appreciate your willingness to discuss with your client whether it will agree to release The Scowcroft Group from the document and deposition subpoena served by Polargrid LLC in this case. In the meantime, please accept this formal objection, under Rule 45(c)(2)(B) of the Federal Rules of Civil Procedure, to inspection or copying of any materials described in Exhibit B of the subpoena.

Most of the documents described in the subpoena's Exhibit B, including those related to defendant VSNL's CFUIS proceeding, are likely to be in VSNL's possession. Thus those documents should be sought from VSNL as a party rather than from The Scowcroft Group. *See, e.g., Wyoming v. USDA*, 206 F.R.D. 449, 452 (D.D.C. 2002) ("[A]ll relevant documents would be in the hands of the * * * defendants, and thus intrusion into the activities of the non-party witnesses is unwarranted and unnecessarily burdensome").

Moreover, any documents in The Scowcroft Group's possession reflecting its work for VSNL are confidential and privileged from disclosure.

Finally, The Scowcroft Group does not understand how documents relating to VSNL's CFIUS proceeding are relevant to Polargrid's breach of contract claim against VSNL.

The Scowcroft Group does not concede that it possesses any responsive documents and reserves its right further to contest the subpoena, both substantively and with respect to formal defects. I do hope that won't be necessary, and I kindly urge once more that you seek your client's agreement to release The Scowcroft Group from any obligations under the subpoena.

Mark S. Baldwin, Esq.
June 7, 2005
Page 2


      Thank you in advance for your consideration. I will contact you shortly to learn your views.

Sincerely,

*[signature]*

William F. Sheehan

WFS:ch