# EXHIBIT D

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
------------------------------------------------------------X
POLARGRID LLC,                                              :
                                                            :       Case No.: 1:05MS00219
                        Plaintiff,                          :
                                                            :       Underlying action:
            - against -                                     :       04-CV-09578 (TPG) (S.D.N.Y.)
                                                            :
VIDESH SANCHAR NIGAM LIMITED,                               :
                                                            :       **ORDER**
                        Defendant.                          :
------------------------------------------------------------X
THE SCOWCROFT GROUP,                                        :
                                                            :
                        Subpoenaed Nonparty.                :
------------------------------------------------------------X

Subpoenaed non-party The Scowcroft Group ("Scowcroft"), by its attorneys, Goodwin Procter, LLP, having duly moved for an order, pursuant to Federal Rule of Civil Procedure 45(c)(3)(A), quashing a Subpoena in a Civil Case issued by Polargrid LLC ("Polargrid") and dated May 10, 2005 (the "Subpoena"), to the extent that the Subpoena requires a representative of Scowcroft appear for a deposition, and Polargrid by its attorneys, Buchanan Ingersoll PC, having duly requested, pursuant to Federal Rules of Civil Procedure 45(c)(2)(B) and 45(d)(2), Scowcroft to fully comply with the Subpoena by: (i) appearing to provide oral testimony as to the matters set forth in Exhibit A thereof; and (ii) producing the documents requested in Exhibit B thereof;

AND, upon reading and filing Scowcroft's motion to quash the Subpoena and exhibits annexed thereto, Polargrid's opposition to Scowcroft's motion and request for Scowcroft's compliance with the Subpoena, accompanying Declaration of Mark S. Baldwin, dated June 23, 2005, and exhibits annexed thereto, all prior pleadings and proceedings had herein, and any reply papers to said motion, with due deliberation having been held thereon,

NOW, upon the motion of Goodwin Procter, LLP, attorneys for Scowcroft; it is,

ORDERED, that Scowcroft's motion to squash the Subpoena is denied in its entirety; and it is further

ORDERED, that Polargrid's request for Scowcroft's full compliance with the Subpoena is granted in its entirety; and it is further

ORDERED, that Scowcroft shall produce legible copies of the documents requested in Exhibit B to the Subpoena on or before _____, 2005 at the law offices of Brown Rudnick Berlack Israels LLP, 1201 Pennsylvania Avenue, Suite 325, Washington, D.C.; and it is further

ORDERED, that a representative of Scowcroft shall appear for oral testimony at 10:00 a.m. on _____, 2005, at Scowcroft's offices, located at 900 Seventeenth Street N.W., Suite 500, Washington, D.C. 20006, and provide oral testimony as to the matters set forth in Exhibit A to the Subpoena.

_____<br>U.S.D.J.

Dated: _____, 2005