UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| POLARGRID LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 05-mc-219 (EGS) |
| | ) |
| VIDESH SANCHAR NIGRAM LIMITED, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| THE SCOWCROFT GROUP, | ) |
| | ) |
| Subpoenaed Nonparty. | ) |

**ORDER**

Upon consideration of Polargrid's nonparty deposition subpoena to the Scowcroft Group, and the Motion to Quash the Subpoena, and the response and reply thereto, it is **ORDERED** that the Motion to Quash is DENIED. The Scowcroft Group shall fully comply with the subpoena on mutually agreeable dates and produce all relevant non-privileged documents at the copying expense of the plaintiffs.

**Signed:    EMMET G. SULLIVAN**
**            UNITED STATES DISTRICT JUDGE**
**            January 13, 2006**